IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00489-CMA-NYW

James R. Dawson, Jr.,
      Plaintiff,

v.

Cynthia Ireland and Trudy Sicotte,
      Defendants.

## STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff James R. Dawson, Jr., and Defendants Cynthia Ireland and Trudy Sicotte, by and through their respective attorneys, respectfully stipulate and agree that this action shall be dismissed with prejudice. The parties state that they have reached a settlement in this matter.

In accordance with Fed. R. Civ. P. 41(a)(1), this Stipulation has been signed by the attorneys for all parties who have appeared in this action.  Each party has agreed to bear his or her own costs, expenses and attorneys' fees.

Dated this 24th day of August, 2021.

*s/ Kyle M. Holter*
Benjamin B. Strawn
Daniel A. Richards
Emily L. Wasserman
Kyle M. Holter
DAVIS GRAHAM & STUBBS LLP
1550 Seventeenth Street, Suite 500
Denver, Colorado 80202
Telephone: (303) 892-9400
Facsimile:   (303) 893-1379
Email: ben.strawn@dgslaw.com
          daniel.richards@dgslaw.com
          emily.wasserman@dgslaw.com
          kyle.holter@dgslaw.com

*Attorneys for Plaintiff*
*James R. Dawson, Jr.*


*s/ Joseph P. Sanchez*
Joseph P. Sanchez
10333 E. Dry Creek Road, Suite 300
Englewood, Colorado 80112
Denver, Colorado 80202
Telephone: (303) 892-9400
Facsimile:   (303) 893-1379
Email: jsanchez@hkjp.com

*Attorneys for Defendants Cynthia Ireland and Trudy Sicotte*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 24, 2021, a true and correct copy of the foregoing **STIPULATED DISMISSAL WITH PREJUDICE** was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Joseph Sanchez, Esq.
Harris, Karstaedt, Jamison & Powers, P.C.
10333 E. Dry Creek Rd., Suite 300
Englewood, CO 80112

                                                          *s/ Robin E. Anderson*
                                                          Robin E. Anderson